UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:13-00001 |
| | ) | JUDGE SHARP |
| WALTER WOOTEN [3] | ) | |
| | ) | |

### O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, August 27, 2014, at 1:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE